1  MICHELLE D. SPENCER, CBN 164696
   Law Office of Michelle D. Spencer
2  55 River Street, Suite 100
   Santa Cruz, CA 95060                          E-FILING
3  Tel: 831.458.0502
   Fax:831.515.5053
4

5  Attorney for Desiree Flores

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

10

11

12  UNITED STATES OF AMERICA,          ) Case No. CR11-00709-DLJ
                           Plaintiff,  )
13                                     )
                                       )
14                                     )  STIPULATION AND
                                       )  [PROPOSED] ORDER CONTINUING
15  V.                                 )  SENTENCING HEARING FROM
                                       )  SEPTEMBER 20, 2012 TO SEPTEMBER
16                                     )  27, 2012
                                       )
17                                     )
    DESIREE FLORES,                    )
18                                     )
                                       )
19                      Defendant.     )
                                       )
20  _____)

21        Plaintiff United States of America, by and through their counsel Assistant United States

22  Attorney, Daniel Kaleba, and defendant Desiree Flores, by and through her attorney Michelle D.

23  Spencer, hereby stipulate and agree that, subject to the Court's approval, that the sentencing hearing

24  currently scheduled for September 20, 2012 should be continued to September 27, 2012 because Ms.

25  Flores became ill and required surgery while in custody.  As a result of her illness, she was not

26  available for an interview with United States Probation.

1        IT IS SO STIPULATED.

2                                                MELINDA HAAG
                                                 United States Attorney
3  Date: July 25, 2012

4                                                _____/S/_____
                                                 DANIEL KALEBA
5                                                Assistant United States Attorney

6  Date: July 25, 2012                           _____/MDS/_____
7                                                MICHELLE D. SPENCER
                                                 Attorney for DESIREE FLORES
8

9                              **[PROPOSED] ORDER**

10       Based upon the foregoing stipulation of the parties, and good cause appearing therefor,

11       IT IS HEREBY ORDERED that the sentencing hearing shall be continued from September

12  20, 2012 to September 27, 2012 at 10:00 a.m.

13

14  Date:__DHFG_____       _____
15                                HON. D. LOWELL JENSEN
                                  Senior United States District Judge
16

17

18

19

20

21

22

23

24

25

26