MICHELLE D. SPENCER, CBN 164696
Law Office of Michelle D. Spencer
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel: 831.458.0502
Fax:831.515.5053

Attorney for Desiree Flores

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>               Plaintiff,<br><br>V.<br><br>DESIREE FLORES,<br><br>               Defendant. | Case No. CR11-00709-DLJ<br><br>**STIPULATION AND<br>[] ORDER CONTINUING<br>SENTENCING HEARING FROM<br>SEPTEMBER 27, 2012 TO OCTOBER 18,<br>2012** |

      Plaintiff United States of America, by and through their counsel Assistant United States Attorney, Daniel Kaleba, and defendant Desiree Flores, by and through her counsel Michelle D. Spencer, hereby stipulate and agree that, subject to the Court's approval, that the sentencing hearing currently scheduled for September 27, 2012 should be continued to October 18, 2012.  Due to a family emergency, Probation Officer Michelle Nero is unable to complete the final presentence report in time for the September 27, 2012 sentencing hearing.

Desiree Flores-[] Order Continuing Sentencing Hrg        - 1 -

1    IT IS SO STIPULATED.

2                                             MELINDA HAAG
                                              United States Attorney
3    Date: September 14, 2012

4                                             _____/S/_____
                                              DANIEL KALEBA
5                                             Assistant United States Attorney

6    Date: September 14, 2012                 _____/MDS/_____
                                              MICHELLE D. SPENCER
7                                             Attorney for DESIREE FLORES

8

9                                    [PROPOSED] ORDER

10       Based upon the foregoing stipulation of the parties, and good cause appearing therefor,

11       IT IS HEREBY ORDERED that the sentencing hearing shall be continued from September

12   27, 2012 to October 18, 2012 at 10:00 a.m.

13

14   Date: __9/19/12_____                  _____
                                              HON. D. LOWELL JENSEN
15                                            Senior United States District Judge

Desiree Flores-[Proposed] Order Continuing Sentencing Hrg - 2 -