UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br>Desiree Flores<br>Defendant. | No. CR 11 - 00709 RMW<br><br>**ORDER - CJA CONTRIBUTIONS DUE** |

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C.§3006(A).

IT IS HEREBY ORDERED THAT:

[X] THE DEFENDANT IS LIABLE FOR A CONTRIBUTION OF $_____ PER MONTH, until the case is concluded or until further order of the Court, commencing:

[ ] That certain date of _____ and the SAME DAY each month thereafter;

[X] MAIL TO: Clerk, U.S. District Court
280 South First Street, Room 2112
San Jose, CA 95113-3095

[X] THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $250.00, DUE BY 3/18/16.

[ ] MAIL TO: Clerk, U.S. District Court
280 South First Street, Room 2112
San Jose, CA 95113-3095

Please indicate that this is a CJA payment and include the case number.

DATED: 3/11/16

Howard R. Lloyd, U.S. Magistrate Judge